# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ADRIAN JEROME FOLSON**                                                           **PLAINTIFF**

**v.**                        **CIVIL NO. 3:20-cv-199-MPM-JMV**

**ANDREW SAUL**                                                                **DEFENDANT**

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR STAY

Before the Court is Defendant's Unopposed Motion for Stay [ECF No. 6]. The Court has considered the motion and is of the opinion it should be granted in part.

IT IS, THEREFORE, ORDERED that all proceedings in this case are stayed for 60 days from this date or until the Commissioner of the Social Security Administration can prepare and file a certified copy of the administrative record, whichever is earlier.

SO ORDERED this 29th day of September, 2020.

                                                                           /s/ Jane M. Virden
                                                                           UNITED STATES MAGISTRATE JUDGE